# Exhibit B

**LOSS ANALYSIS**
**Class Period: 7/12/2020 to 11/10/2020**

**One68 Global Master Fund, LP**

| MultiPlan Corporation | Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|---|
| | MPLN | 62548M100 | BKVDKY1 | US62548M1009 | $7.9300 [1] |

**LIFO**

| Security | Transaction Type | Trade Date | Quantity | Unit Price | Cost / Proceeds |
|---|---|---|---|---|---|
| MPLN Common Stock | Purchase | 07/17/20 | 10,000 | $12.0073 | ($120,073.00) |
| MPLN Common Stock | Purchase | 07/20/20 | 6,093 | $11.6775 | ($71,151.01) |
| MPLN Common Stock | Purchase | 07/21/20 | 7,850 | $11.4496 | ($89,879.36) |
| MPLN Common Stock | Purchase | 07/22/20 | 3,000 | $11.0200 | ($33,060.00) |
| MPLN Common Stock | Purchase | 07/22/20 | 5,000 | $11.2500 | ($56,250.00) |
| MPLN Common Stock | Purchase | 07/23/20 | 10,000 | $10.9835 | ($109,835.00) |
| MPLN Common Stock | Purchase | 07/23/20 | 6,000 | $10.9835 | ($65,901.00) |
| MPLN Common Stock | Purchase | 09/08/20 | 2,500 | $10.8450 | ($27,112.50) |
| MPLN Common Stock | Purchase | 09/08/20 | 2,500 | $10.8450 | ($27,112.50) |
| MPLN Common Stock | Purchase | 09/11/20 | 2,500 | $10.9810 | ($27,452.50) |
| MPLN Common Stock | Purchase | 09/11/20 | 2,500 | $10.9810 | ($27,452.50) |
| MPLN Common Stock | Purchase | 09/24/20 | 20,000 | $10.5747 | ($211,494.00) |
| MPLN Common Stock | Purchase | 09/29/20 | 2,500 | $10.4999 | ($26,249.75) |
| MPLN Common Stock | Purchase | 09/29/20 | 2,500 | $10.4999 | ($26,249.75) |
| MPLN Common Stock | Purchase | 10/02/20 | 10,000 | $9.9321 | ($99,321.00) |
| MPLN Common Stock | Purchase | 10/02/20 | 10,000 | $9.9321 | ($99,321.00) |
| MPLN Common Stock | Purchase | 10/05/20 | 15,870 | $9.3376 | ($148,187.71) |
| MPLN Common Stock | Purchase | 10/06/20 | 13,753 | $10.1669 | ($139,825.38) |
| MPLN Common Stock | Purchase | 10/06/20 | 13,752 | $10.1669 | ($139,815.21) |
| MPLN Common Stock | Purchase | 10/08/20 | 3,000 | $9.9775 | ($29,932.50) |
| MPLN Common Stock | Purchase | 10/22/20 | 5,000 | $7.9830 | ($39,915.00) |
| MPLN Common Stock | Purchase | 10/22/20 | 2,500 | $7.2900 | ($18,225.00) |
| MPLN Common Stock | Purchase | 10/22/20 | 2,500 | $7.2900 | ($18,225.00) |
| MPLN Common Stock | Purchase | 10/22/20 | 2,263 | $7.4500 | ($16,859.35) |
| MPLN Common Stock | Purchase | 10/22/20 | 5,000 | $7.9830 | ($39,915.00) |
| MPLN Common Stock | Purchase | 10/22/20 | 2,262 | $7.4500 | ($16,851.90) |
| **Class Period purchases:** | | | **168,843** | | **($1,725,666.91)** |
| MPLN Common Stock | Sale | 09/15/20 | -13,943 | $11.1045 | $154,830.04 |
| MPLN Common Stock | Sale | 09/24/20 | -4,031 | $10.9963 | $44,326.09 |
| MPLN Common Stock | Sale | 10/05/20 | -18,469 | $10.0400 | $185,428.76 |
| MPLN Common Stock | Sale | 10/05/20 | -2,500 | $9.8080 | $24,520.00 |
| MPLN Common Stock | Sale | 10/05/20 | -46,500 | $10.0400 | $466,860.00 |
| MPLN Common Stock | Sale | 10/05/20 | -2,500 | $9.8080 | $24,520.00 |
| MPLN Common Stock | Sale | 11/04/20 | -5,000 | $8.2868 | $41,434.00 |
| MPLN Common Stock | Sale | 11/04/20 | -5,000 | $8.2868 | $41,434.00 |
| **Class Period sales (matched to Class Period purchases):** | | | **-97,943** | | **$983,352.89** |
| | | Shares Held: | 70,900.00 | $7.9300 | $562,237.00 |
| | | | | **LIFO Gain/(Loss):** | **($180,077.03)** |

---

[1] *Value of shares held is the mean trading price from 11/11/2020 to 2/8/2021.*

| MPLN US 01/15/21 C7.5 | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [2] |
|---|---|---|---|---|---|
| | - | - | - | - | $1.0891 |

| **LIFO** | | | | | |
|---|---|---|---|---|---|
| **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Unit Price** | **Cost / Proceeds** |
| MPLN US 01/15/21 C7.5 | Purchase | 10/22/20 | 72 | $1.3500 | ($9,720.00) |
| MPLN US 01/15/21 C7.5 | Purchase | 10/22/20 | 150 | $1.1833 | ($17,750.00) |
| MPLN US 01/15/21 C7.5 | Purchase | 10/22/20 | 150 | $1.1833 | ($17,750.00) |
| MPLN US 01/15/21 C7.5 | Purchase | 10/22/20 | 72 | $1.3500 | ($9,720.00) |
| ***Class Period purchases:*** | | | **444** | | **($54,940.00)** |
| None | | | 0 | | $0.00 |
| ***Class Period sales (matched to Class Period purchases):*** | | | ***0*** | | ***$0.00*** |
| | | Contracts Held: | 444 | $1.0891 | $48,356.53 |
| | | | | **LIFO Gain/(Loss):** | **($6,583.47)** |

| | **Total LIFO (Loss)/Gain:** | **($186,660.49)** |
|---|---|---|
| | Total Common Stock Bought: | 168,843 |
| | Total Common Stock Net Shares: | 70,900 |
| | Total Net Expenditures on All Securities: | ($797,254.03) |

[2] *Value of contracts held is the mean trading price from 11/11/2020 to 2/8/2021.*