UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE KONG, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>MULTIPLAN CORPORATION f/k/a CHURCHILL CAPITAL CORP. III, MICHAEL KLEIN, JAY TARAGIN, MARK KLEIN, MICHAEL ECK, GLENN R. AUGUST, PAUL GALANT, JEREMY PAUL ABSON, MALCOLM S. MCDERMID, KAREN G. MILLS, BONNIE JONAS, MARK TABAK, DAVID REDMOND, M. KLEIN AND COMPANY, LLC, CHURCHILL SPONSOR III, LLC, and THE KLEIN GROUP, LLC,<br><br>Defendants. | Case No. 2:21-cv-03186-RPK-RER<br><br>Hon. Rachel P. Kovner |

## M. KLEIN AND COMPANY, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant M. Klein and Company, LLC, a non-governmental corporate party, states that:

1. It has no parent corporation; and

2. No publicly held corporation owns 10% or more of its membership interests.

Dated:  June 29, 2021

                        WEIL, GOTSHAL & MANGES LLP

                        By:  */s/ John A. Neuwirth*
                            John A. Neuwirth
                            Joshua S. Amsel
                            Evert J. Christensen, Jr.

                        767 Fifth Avenue
                        New York, NY 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007
                        Email: john.neuwirth@weil.com
                        Email: joshua.amsel@weil.com
                        Email: evert.christensen@weil.com

                        *Attorneys for Defendants Michael Klein, Jay Taragin, Mark Klein, Michael Eck, Glenn R. August, Paul Galant, Jeremy Paul Abson, Malcolm S. McDermid, Karen G. Mills, Bonnie Jonas, M. Klein and Company, LLC, Churchill Sponsor III, LLC, and The Klein Group, LLC*