UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MULTIPLAN CORPORATION SECURITIES LITIGATION | Case No. 2:21-cv-03186-RPK-RER<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT Lead Plaintiff One68 Global Master Fund, LP ("One68"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims in the above-captioned action (the "Action"), without prejudice, against Defendants MultiPlan Corporation f/k/a Churchill Capital Corp. III, David Redmond, Mark Tabak, Jeremy Paul Abson, Glenn R. August, Churchill Sponsor III, LLC, Michael Eck, Paul Galant, Bonnie Jonas, Mark Klein, Michael Klein, The Klein Group LLC, M. Klein and Company, Malcolm S. McDermid, Karen G. Mills, and Jay Taragin ("Defendants").

On June 21, 2021, the Court issued an Order appointing One68 as Lead Plaintiff and approving its selection of Labaton Sucharow LLP as Lead Counsel.

On August 26, 2021, the Court granted an extension and issued an Order setting: (1) September 14, 2021, as the date for Lead Plaintiff to file the Amended Complaint; (2) October 14, 2021, as the deadline that Defendants must file a Pre-Motion Letter requesting a pre-motion conference for their motion(s) to dismiss the Amended Complaint; (3) that Lead Plaintiff must respond to any Pre-Motion Letter within five business days after the Pre-Motion Letter is filed; (4) November 12, 2021, as the date for Defendants to file motion(s) to dismiss; (5) December 27, 2021, as the date for Lead Plaintiff to file any opposition to the motion(s) to dismiss; and (6) February 10, 2022, as the date for Defendants to file their reply in support of the motion(s) to dismiss.

Based on Lead Counsel's investigation, Lead Plaintiff hereby voluntarily dismisses all claims in the Action without prejudice.

No Defendant has filed an answer or moved for summary judgment with respect to the operative class action complaint (ECF No. 1), and the Action has not been certified as a class action.

Accordingly, Lead Plaintiff may properly dismiss all claims in the Action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The parties have agreed that each side will bear its own costs and fees.

Dated: September 14, 2021         Respectfully submitted,

**LABATON SUCHAROW LLP**

*/s/ Carol C. Villegas*
Carol C. Villegas
David J. Schwartz
Francis P. McConville
Charles Farrell
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com
cfarrell@labaton.com

*Counsel for Lead Plaintiff One68 Global Master Fund, LP and Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2021, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

*/s/ Carol C. Villegas*
CAROL C. VILLEGAS